1 BRUCE LOCKE
2 Moss & Locke
3 800 Howe Avenue, Ste 110
4 Sacramento, California 95825
5 (916) 719-3194
6 blocke@mosslocke.com
7 Attorneys for
  TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TAMARA TIKAL,<br><br>        Defendant.<br>_____ | No.   CR. S-12-362 TLN<br><br>WAIVER OF PERSONAL APPEARANCE;<br>**ORDER** |

    Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empaneling of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during her every absence that the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all time by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in her absence.

DATED: July 8, 2104

                              /s/ Bruce Locke
                              For TAMARA TIKAL
                              Original on File with Attorney

1

APPROVED:

DATED: July 8, 2014         /s/ Bruce Locke
                            BRUCE LOCKE
                            Attorney for TAMARA TIKAL

IT IS SO ORDERED.

Dated: July 9, 2014

_____
Troy L. Nunley
United States District Judge