BRUCE LOCKE

Moss & Locke

800 Howe Avenue, Ste 110

Sacramento, California 95825

(916) 719-3194

blocke@mosslocke.com

Attorneys for
TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-12-362 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AMENDING THE SCHEDULE OF DISCLOSURE |
| v. | ) | |
| | ) | |
| TAMARA TIKAL, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The defendant, Tamara Tikel, by and through her attorney and the United States, by and through its attorney, hereby stipulate that the Sentencing date and the Schedule for Disclosure of the Pre-Sentence Report should be amended to provide that the Sentencing Date shall be December 11, 2014; that the Objection Date shall be November 13, 2014; that the Report Date shall be November 20, 2014; that the Correction Date shall be November 26, 2014; and that the Reply Date shall be December 4, 2014.  This change aligns the dates with those of Mr. Tikal.

DATED: October 6, 2014

                                                 /s/ Bruce Locke
                                                For Tamara Tikal

1

DATED: October 6, 2014            /s/ Bruce Locke
                                  For PHILIP FERRARI
                                  And MAGGY ROSE KRELL
                                  Attorneys for the United States

       IT IS SO ORDERED.

Dated: October 6, 2014

                                            Troy L. Nunley
                                            United States District Judge