1 BRUCE LOCKE
2 Moss & Locke
3 800 Howe Avenue, Ste 110
4 Sacramento, California 95825
5 (916) 719-3194
6 blocke@mosslocke.com
7 Attorneys for
TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-12-362 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AMENDING THE SCHEDULE OF DISCLOSURE |
| v. | ) | |
| | ) | |
| TAMARA TIKAL, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The defendant, Tamara Tikal, by and through her attorney and the United States, by and through its attorney, hereby stipulate that the Sentencing date and the Schedule for Disclosure of the Pre-Sentence Report should be amended to provide that the Sentencing Date shall be February 19, 2015 rather than January 22, 2015; that the Informal Objection Date shall be January 22, 2015; that the Report Date shall be January 29, 2015; that the Correction Date shall be February 5, 2015; and that the Reply Date shall be February 12, 2015.  This change aligns the dates with those of Mr. Tikal. The reason for the change is that defense counsel wishes to have Ms. Tikal examined by a psychologist prior to sentencing.

///

///

///

1

The Probation Officer has been advised of this pleading and has no objection to the new dates.

DATED: January 1, 2015

   /s/ Bruce Locke
For Tamara Tikal

DATED: January 1, 2015

   /s/ Bruce Locke
For PHILIP FERRARI
And MAGGY ROSE KRELL
Attorneys for the United States

IT IS SO ORDERED.

DATED:  January 7, 2015

Troy L. Nunley
United States District Judge

2