BRUCE LOCKE
Moss & Locke
800 Howe Avenue, Ste 110
Sacramento, California 95825
(916) 719-3194
blocke@mosslocke.com
Attorneys for
TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-12-362 TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AMENDING THE SCHEDULE OF DISCLOSURE |
| v. | ) | |
| TAMARA TIKAL, | ) | |
| Defendant. | ) | |

_____

The defendant, Tamara Tikal, by and through her attorney and the United States, by and through its attorney, hereby stipulate that the Sentencing date and the Schedule for Disclosure of the Pre-Sentence Report should be amended to provide that the **Sentencing Date shall be May 21, 2015, at 9:30 a.m.**, rather than April 23, 2015.  The reason for the change is that defense counsel has obtained approval to have Ms. Tikal examined by a psychologist prior to sentencing and the additional time is necessary to give the psychologist time to do the examination and prepare her report. Ms. Tikal has met with the psychologist but she needs to complete certain tests before the psychologist can complete her report. Additionally, the defense will need time to share the report with the prosecutors and to prepare a sentencing memo based upon the report.

The Probation Officer has been advised of this pleading and has no objection to the new dates.

DATED: April 14, 2015

      /s/ Bruce Locke
For Tamara Tikal

1

1

2  DATED: April 14, 2015           /s/ Bruce Locke
                                   For PHILIP FERRARI
3                                  And MAGGY ROSE KRELL
                                   Attorneys for the United States
4

5

6        IT IS SO ORDERED.

7  DATED:  April 14, 2015

8                                  _____
                                   Troy L. Nunley
9                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28