1  BRUCE LOCKE
   Moss & Locke
2  800 Howe Avenue, Ste 110
   Sacramento, California 95825
3  (916) 719-3194
   blocke@mosslocke.com
4  Attorneys for
   TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-12-362 TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER AMENDING THE SCHEDULE OF DISCLOSURE |
| v. | ) | |
| TAMARA TIKAL, | ) | |
| Defendant. | ) | |

_____

The defendant, Tamara Tikal, by and through her attorney and the United States, by and through its attorney, hereby stipulate that the Sentencing date and the Schedule for Disclosure of the Pre-Sentence Report should be amended to provide that the Sentencing Date shall be July 9, 2015 rather than May 21, 2015.  The reason for the change is that defense counsel has obtained approval to have Ms. Tikal examined by a psychologist prior to sentencing and the additional time is necessary to give the psychologist time to do the examination and prepare her report. Ms. Tikal has met with the psychologist and the psychologist is preparing her report, which should be available on soon. Additionally, the defense will need time to share the report with the prosecutors and to prepare a sentencing memo based upon the report. Also, July 9, 2015 is the first date available that fits the schedules of all parties.

The Probation Officer has been advised of this pleading and has no objection to the new dates.

///

///

1

DATED: May 18, 2015

   /s/ Bruce Locke
For Tamara Tikal

DATED: May 18, 2015

  /s/ Bruce Locke
For PHILIP FERRARI
And MAGGY ROSE KRELL
Attorneys for the United States

IT IS SO ORDERED.

DATED: May 18, 2015

Troy L. Nunley
United States District Judge