BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
Assistant United States Attorney
MAGGY KRELL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR. S-12-0362 TLN |
| Plaintiff, | ORDER RE: RESTITUTION |
| v. | |
| TAMARA TIKAL, | |
| Defendant. | |

    The above-referenced matter came before the Court for a hearing on restitution on July 16, 2015. At that hearing, the Court ordered that defendant Tamara Tikal shall pay restitution in the amount of $3,671,013.41.  Although differing amounts of restitution have been ordered with respect to each of the three defendants charged in this case (Tamara Tikal, Alan Tikal, and Ray Kornfeld), each defendant's restitution obligation is owed jointly and severally with his or her co-defendants.

    The total restitution amount is reflected in a series of three separate spreadsheets, which identifies each individual victim entitled to restitution.  These spreadsheets are being provided to and lodged with the clerk's office.  The first spreadsheet, labeled Spreadsheet A, includes total claims of $889,284.02.  Spreadsheet A consists of claims associated with victims who submitted victim impact statements, and for whom the government has a working address.  Spreadsheet B includes claims associated with victims who have not submitted a victim impact statement, and for whom the

government has an address that may or may not be valid.  The total claims set forth in Spreadsheet B total $2,223,171.36.  Spreadsheet C includes claims associated with victims the government can identify by name through bank records, but for whom the government does not have a mailing address.  The claims in Spreadsheet C total $ $558,558.03.

Pursuant to title 18, U.S.C. section 3664(i), the Court orders that restitution be paid by the clerk in the following order:  In satisfaction of the claims set forth in Spreadsheet A first, to be followed by the claims in Spreadsheet B, and then Spreadsheet C.

IT IS SO FOUND AND ORDERED this 23rd day of July, 2015

_____
Troy L. Nunley
United States District Judge

ORDER RE: RESTITUTION

2