1  BRUCE LOCKE
2  Moss & Locke
3  800 Howe Avenue, Ste 110
4  Sacramento, California 95825
5  (916) 719-3194
6  blocke@mosslocke.com
7  Attorneys for
   TAMARA TIKAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR. S-12-362 TLN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | AMENDING THE SCHEDULE FOR |
| v. ) | SELF-SURRENDER |
| ) | |
| TAMARA TIKAL, ) | |
| ) | |
| Defendant. ) | |

_____

The defendant, Tamara Tikel, by and through her attorney and the United States, by and through its attorney, hereby stipulate that the Court should amend the Order for Ms. Tikal's self-surrender from September 29, 2015 to October 27, 2015. The new date is necessary because Ms. Tikal is divorcing Mr. Tikal and she needs the additional time to serve Mr. Tikal with the papers and to have the hearing on her petition. Ms. Tikal feels that it is important for her to obtain the divorce before she begins serving her sentence. The government does not object to this request and stipulates that the date for self-surrender may be set for October 27, 2015.

DATED: September 10, 2015

                                               /s/ Bruce Locke
                                               For Tamara Tikal

DATED: September 10, 2015          /s/ Bruce Locke
                                    For PHILIP FERRARI
                                    And MAGGY ROSE KRELL
                                    Attorneys for the United States

    IT IS SO ORDERED. Ms. Tikal is ordered to self-surrender to the location designated by the Bureau of Prisons by 2:00 p.m., on October 27, 2015. The clerk will serve a copy of this Order on the U.S. Marshal.

Dated:  September 11, 2015

_____
Troy L. Nunley
United States District Judge